# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 21, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 2 6 2015

Abel Acosta, Clerk

Re:  Larry Scorpio Singletary
     v. Texas
     No. 14-8033
     (Your No. WR-57 804-05)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 21, 2014 and placed on the docket January 21, 2015 as No. 14-8033.

Sincerely,

Scott S. Harris, Clerk

by

Michael Duggan
Case Analyst